# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA MORENA GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. CV 16-4847 JC<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and the matter is REMANDED for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.

DATED: March 6, 2017

                                                /s/
                               Honorable Jacqueline Chooljian
                               UNITED STATES MAGISTRATE JUDGE